United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13877-mdc |
| Vedaj Jeeja Padman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2023 | Form ID: 210U | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vedaj Jeeja Padman, 4224 Osage Ave. Apt 304, Philadelphia, PA 19104-4031 |
| 14842719 | | Mass General Brigham, Po Box 2090, Morrisville, NC 27560-2090 |
| 14842720 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842722 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842723 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842728 | + | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14842729 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 29 2023 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14842708 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 29 2023 23:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14842711 | | Email/Text: megan.harper@phila.gov | Dec 29 2023 23:32:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842710 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2023 23:38:18 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14842712 | | Email/Text: bankruptcy@philapark.org | Dec 29 2023 23:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842713 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2023 23:32:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14842714 | | Email/Text: creditops@deserve.com | Dec 29 2023 23:32:00 | Deserve Inc/celtic Ban, 1010 Doyle Street, Menlo Park, CA 94025 |
| 14842715 | | Email/Text: mrdiscen@discover.com | Dec 29 2023 23:32:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14842716 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 29 2023 23:32:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14842717 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2023 23:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842709 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2023 23:38:17 | Chase Card Services, Attn: Bankruptcy P.O. |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2023 | Form ID: 210U | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 14842718 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 29 2023 23:32:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 14842721 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842724 | + | Email/Text: bankruptcy@philapark.org | Dec 29 2023 23:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14842725 | ^ | MEBN | Dec 29 2023 23:27:30 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14842726 | | Email/PDF: SoFiBKNotifications@resurgent.com | Dec 29 2023 23:38:12 | Sofi Lending Corp, Attn: Bankruptcy, PO Box 654158, Dallas, TX 75265-4158 |
| 14842727 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 29 2023 23:38:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14842730 | ^ | MEBN | Dec 29 2023 23:27:36 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Vedaj Jeeja Padman mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Vedaj Jeeja Padman                                    Case No: 23−13877−mdc

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 12/29/23

Timothy B. McGrath
Clerk of Court

8
Form 210U