United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 23-13877-mdc
Vedaj Jeeja Padman                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2024 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vedaj Jeeja Padman, 4224 Osage Ave. Apt 304, Philadelphia, PA 19104-4031 |
| 14842719 | | Mass General Brigham, Po Box 2090, Morrisville, NC 27560-2090 |
| 14842722 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842723 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842728 | + | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Mar 30 2024 04:08:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 30 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 30 2024 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14842708 | + | EDI: BANKAMER | Mar 30 2024 04:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14842711 | | Email/Text: megan.harper@phila.gov | Mar 30 2024 00:19:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842710 | | EDI: CITICORP | Mar 30 2024 04:08:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14842712 | | Email/Text: bankruptcy@philapark.org | Mar 30 2024 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842713 | + | EDI: WFNNB.COM | Mar 30 2024 04:08:00 | Comenity Capital/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14842714 | | Email/Text: creditops@deserve.com | Mar 30 2024 00:19:00 | Deserve Inc/celtic Ban, 1010 Doyle Street, Menlo Park, CA 94025 |
| 14842715 | | EDI: DISCOVER | Mar 30 2024 04:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14842716 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 30 2024 00:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14842717 | | EDI: IRS.COM | | |

|  |  | Mar 30 2024 04:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842709 | EDI: JPMORGANCHASE | Mar 30 2024 04:08:00 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14842718 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 30 2024 00:19:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 14842720 | Email/Text: fesbank@attorneygeneral.gov | Mar 30 2024 00:19:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842721 | EDI: PENNDEPTREV | Mar 30 2024 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842721 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842724 | + Email/Text: bankruptcy@philapark.org | Mar 30 2024 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14842725 | ^ MEBN | Mar 30 2024 00:08:40 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14842726 | Email/PDF: SoFiBKNotifications@resurgent.com | Mar 30 2024 00:17:40 | Sofi Lending Corp, Attn: Bankruptcy, PO Box 654158, Dallas, TX 75265-4158 |
| 14842727 | + EDI: SYNC | Mar 30 2024 04:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14842729 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 30 2024 00:19:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842730 | ^ MEBN | Mar 30 2024 00:08:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

LYNN E. FELDMAN
                          trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK

                          on behalf of Debtor Vedaj Jeeja Padman help@cibiklaw.com
                          noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
                          m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

```
Information to identify the case:

Debtor 1          Vedaj Jeeja Padman                           Social Security number or ITIN  xxx–xx–9539
                  _____                  EIN  __-_____
                  First Name   Middle Name   Last Name

Debtor 2          _____                  Social Security number or ITIN  ____
(Spouse, if filing) First Name  Middle Name   Last Name        EIN  __-_____

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:  23–13877–mdc
```

# Order of Discharge                                                          12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Vedaj Jeeja Padman

<u>3/28/24</u>                                 **By the court:** <u>Magdeline D. Coleman</u>
                                                              United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**